1
2
3
4

JS-6

5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

MICHAEL DEON THOMPSON,

Case No. 2:22-cv-04861-MEMF-SHK

12

Petitioner,

13

v.

**JUDGMENT**

14

LAMMER,

15

Respondent.

16
17
18

Pursuant to the Order Accepting Findings and Recommendation of United States

19

Magistrate Judge,

20

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

21
22

Dated: July 5, 2023

23

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

24
25
26
27
28